| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 24, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MAHONEY,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00071-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL MAHONEY,

Case No.  2:22-mj-00071-DB   Charge 18 U.S.C. § 922(k), from custody for the following reasons:

　　　_____ Release on Personal Recognizance

　　　__X__ Bail Posted in the Sum of $  50,000.00.

　　　　　__X__ Unsecured Appearance Bond $  50,000.00

　　　　　_____ Appearance Bond with 10% Deposit

　　　　　_____ Appearance Bond with Surety

　　　　　_____ Corporate Surety Bail Bond

　　　　　_____ (Other):  The defendant is to be released at 9:00 a.m.

　　　　　__X__ on Wednesday, May 25, 2022 and shall report directly

　　　　　_____ to the Pretrial Services Office.

Issued at Sacramento, California on May 24, 2022 at 3:31 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE