1  MARK J. REICHEL, State Bar #155034
   **Attorney at Law**
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone: (916) 498-9258

4  Attorney for MICHAEL MAHONEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00128-JAM |
|---|---|
| Plaintiff, | STIPULATION TO TEMPORARILY MODIFY PRETRIAL RELEASE TERMS |
| v. | DATE: N/A |
| MICHAEL MAHONEY | TIME: |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, with the approval of the Pretrial Services Officer (PTSO), that the Terms and Conditions of Pretrial Release for the defendant Michael Mahoney shall be modified as follows:

The Plaintiff and PTSO do not oppose the following:

Michael Mahoney shall be allowed travel to and stay at Yogi Bear Campground for a camping trip to celebrate his daughter's birthday from the August 11, 2022 through August 14, 2022. Mr. Mahoney has provided proof to the PTSO of the campsite reservation. The PTSO has confirmed with Mr. Mahoney, his wife, and father that he will be camping the entire weekend at that campsite. Mr. Mahoney will not be electronically monitored from August 11, 2022 through August 14, 2022.

///

///

All other terms and conditions shall remain in full force and effect. In addition, on August 15, 2022, the temporary modification of Pre-Trial Release Terms as set forth herein shall automatically terminate.

Dated: August 1, 2022

By:   *MARK J. REICHEL*

Attorney for Defendant MICHAEL MAHONEY

PHILLIP A. TALBERT
United States Attorney

*AARON PENNEKAMP*

AARON PENNEKAMP
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED**. All other terms and conditions of the defendant's pretrial release shall remain in full force and effect.

Dated: August        2022        _____
                                 UNITED STATES MAGISTRATE JUDGE