MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
MICHAEL MAHONEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-CR-00128 JAM |
| Plaintiff, | ORDER REMOVING ANKLE MONITOR |
| v. | DATE: N/A |
| MICHAEL MAHONEY, | TIME: N/A/ |
| | MAGISTRATE JUDGE: HONORABLE DEBORAH BARNES |
| Defendant. | |

**REQUEST FOR ORDER**

Defendant was placed on an ankle monitor as a term of his pretrial release by this Honorable Court. He now has been sentenced and has a self-surrender date of June 27, 2023. The parties all agree that the defendant shall report to the pretrial services office on June 26, 2023, by the close of business in Sacramento to have the transmitter removed and he be allowed to be unmonitored overnight in order to be able to surrender by noon on June 27, 2023. The defendant must provide Pretrial Services with his travel itinerary prior to his departure as well. This request has been reviewed and approved of by the United States and the Pretrial Services Officer.

IT IS SO FOUND AND ORDERED.

Dated: June 22, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1